# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*May 20, 2005*

[Cite as *05/20/2005 Case Announcements*, 2005-Ohio-2424.]

## MOTION AND PROCEDURAL RULINGS

**2005–0661. In re B.L.**
Franklin App. No. 04AP–1108, 2005-Ohio-1151. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellant's motion for stay of the court of appeals' judgment, and appellee's motion to dismiss the motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

O'CONNOR, J., not participating.

**2005–0755. In re Schaefer.**
Geauga App. No. 2004–G–2594, 2005-Ohio-1258. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of the motions for stay of the court of appeals' judgment filed by appellant/cross-appellee and appellee/cross-appellant,

IT IS ORDERED by the court that the motions for stay be, and hereby are, denied.

MOYER, C.J., and O'DONNELL, J., dissent.

O'CONNOR, J., not participating.

## DISCIPLINARY CASES

**2003–1228. In re Application of Bagne.**
On May 12, 2004, the court ordered that the application of applicant be disapproved and that he could reapply for the February 2005 bar examination. On April 8, 2005, applicant filed a motion for relief from judgment. Upon consideration thereof,

IT IS ORDERED by the court that the motion of applicant be, and hereby is, denied. It is further ordered that applicant may reapply to take the Ohio bar examination.

LUNDBERG STRATTON, J., dissents and would grant the motion.

**2004–0906. In re Resignation of Dye.**
On affidavit of resignation from the practice of law of Lewis William Dye, Attorney Registration No. 0013021, and on report filed under seal by Disciplinary Counsel.

Resignation accepted with disciplinary action pending.

**2005–0096. In re Resignation of Siemen.**
On affidavit of resignation from the practice of law of Christopher William Siemen, Attorney Registration No. 0036977, and on report filed under seal by Disciplinary Counsel.

Resignation accepted with disciplinary action pending.

**2005–0328. In re Resignation of Taber.**
On affidavit of resignation from the practice of law of Timothy James Taber, Attorney Registration No. 0022624, and on report filed under seal by Disciplinary Counsel.

Resignation accepted with disciplinary action pending.

**2005–0398. Disciplinary Counsel v. Watson.**
This matter is pending before the court upon the filing on February 28, 2005, of the report and recommendation of the Board of Commissioners on Grievances and Discipline regarding respondent, Michael Troy Watson. On April 18, 2005, respondent filed a motion to show cause why E. Yvonne